

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2017

No. 04-17-00496-CR

Tracy Diane **GRIER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B12462
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's brief was due on December 14, 2017.  On December 22, 2017, after no brief or motion for extension of time to file the brief was filed, we ordered Appellant to file her brief of a motion for extension of time not later than January 12, 2018.  On December 27, 2017, Appellant filed a first motion for a forty-five day extension of time to file the brief from the date of her motion—which was dated December 14, 2017.

Appellant's motion is GRANTED.  Appellant's brief is due on January 29, 2018.  We caution Appellant that any further motion for extension of time to file the brief will be strongly disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2017.



Keith E. Hottle
Clerk of Court